IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CARLOS CRUZ, | * |
| Plaintiff, | * |
| v. | Case No.  3:17-CV-40-CDL |
| | * |
| CENTMAX CORPORATION, TONY DILLARD and NINA GILBERT, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 16, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case without prejudice as to Defendants TONY DILLARD and NINA GILBERT.

This 17th day of November, 2017.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk